# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE: Vanessa R Dodson                                                                 Case Number: 19-20212

# AMENDED
# TRUSTEE'S REPORT AND
# RECOMMENDATION AS TO CONFIRMATION

Confirmation:  Recommended; however -

The time period within which creditors may file objections to confirmation pursuant to KYEB LBR 3015-3(a)(i) has not passed.

CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on 10/2/2019.

/s/   Beverly M. Burden
Beverly M. Burden, Trustee
KY Bar #09330
P O Box 2204
Lexington, KY  40588-2204
(859) 233-1527
notices@ch13edky.com

HAYDEN, JOHN C.
Served VIA ECF